**KNIGHT LAW GROUP, LLP**
Roger Kirnos (SBN 283163)
kirnosrk@knightlaw.com
Daniel Kalinowski (SBN 305087)
danielk@knightlaw.com
Phil A Thomas (SBN 248517)
philt@knightlaw.com
10250 Constellation Blvd, Suite 2500
Los Angeles, CA 90067
Telephone: (310) 552-2250
Fax:        (310) 552-7973

Attorneys for Plaintiff,
JESUS RUIZ, JR.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESUS RUIZ, JR.,**<br><br>             Plaintiff,<br><br>    v.<br><br>**FORD MOTOR COMPANY, a Delaware corporation; and DOES 1 through 10, inclusive**,<br><br>             Defendants. | *Case No.:* **1:21-cv-01531-JLT-BAM**<br><br>Judge: Hon. Jennifer A. Thurston<br>Magistrate Judge: Hon. Barbara A. McAuliffe<br><br>**ORDER GRANTING MOTION TO SUBSTITUTE PLAINTIFF PURSUANT TO FED. R. CIV. P. 25(a)**<br><br>DATE: June 22, 2022<br>TIME: 9:00 a.m.<br>COURTROOM: 4<br><br>(Doc. 22) |

ORDER GRANTING PLAINTIFF'S MOTION FOR SUBSTITUTION OF SARA CARRANZA AS PLAINTIFF

ORDER

Before the Court for decision is Plaintiff's Motion for Substitution of Sara Carranza as Plaintiff in this action. (Doc. 22.) The Motion was set for hearing on June 22, 2022, but in accordance with the undersigned's Standing Order, (Doc. 17), the matter was submitted on the papers for decision. Defendant has filed a statement of non-opposition. (Doc. 23.)

For the reasons set forth in Plaintiff's Memorandum (Doc. 22-1), the Motion is hereby GRANTED and Sara Carranza is substituted in Jesus Ruiz, Jr.'s place as named plaintiff in this action.

IT IS SO ORDERED.

Dated:   **June 15, 2022**

_____
UNITED STATES DISTRICT JUDGE