UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA CARRANZA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FORD MOTOR COMPANY, a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 1:21-cv-01531-JLT-BAM<br><br>**ORDER GRANTING JOINT REQUEST TO CONTINUE DEADLINE TO FILE DISMISSAL DOCUMENTS**<br><br>(Doc. 27) |

　　　On October 7, 2022, the parties filed a notice of settlement in principle of this matter. (Doc. 25.) Thereafter, on October 11, 2022, the Court issued an order directing the parties to file appropriate papers to dismiss or conclude this action in its entirety no later than October 28, 2022. (Doc. 26.)

　　　On October 28, 2022, the parties filed a joint report regarding the status of settlement. (Doc. 27.) According to the report, the parties are still working to complete all the terms of the settlement. The subject vehicle has not been surrendered and Plaintiff Sara Carranza has not received a check for the settlement amount owed. Once the subject vehicle is surrendered, then Defendant Ford Motor Company will provide Plaintiff with the agreed-upon settlement amount. Additionally, the parties indicate that attorneys' fees and costs and expenses remain at issue. Plaintiff intends to file a motion for attorneys' fees and costs if the parties are unable to resolve

1

the issue informally.  The parties hope to complete the process within the next 90 days and request that the Court continue the deadline to file dismissal documents to January 26, 2023.  (*Id.* at 2.)

Having considered the parties' joint status report, and good cause appearing, the request to continue the deadline to file dismissal documents is GRANTED.  The parties shall file appropriate papers to dismiss or conclude this action in its entirety no later than January 26, 2023.  Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to a violation of this order.  *See* Local Rules 160 and 272.

IT IS SO ORDERED.

Dated:   **October 31, 2022**            /s/ *Barbara A. McAuliffe*         
                                                              UNITED STATES MAGISTRATE JUDGE