UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA CARRANZA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FORD MOTOR COMPANY, a Delaware Corporation; and DOES 1 through 10,<br><br>　　　　Defendants. | Case No.  1:21-cv-01531-JLT-BAM<br><br>**ORDER GRANTING SECOND JOINT REQUEST TO CONTINUE DEADLINE TO FILE DISMISSAL DOCUMENTS**<br><br>(Doc. 29) |

　　　　On October 7, 2022, the parties filed a notice of settlement in principle of this matter. (Doc. 25.) Thereafter, on October 11, 2022, the Court issued an order directing the parties to file appropriate papers to dismiss or conclude this action in its entirety no later than October 28, 2022. (Doc. 26.) At the parties' request, and for good cause, the Court continued the deadline for the parties to file appropriate papers to dismiss or conclude this action in its entirety to January 26, 2023. (Doc. 28.)

　　　　On January 26, 2023, the parties filed a joint report regarding the status of settlement. (Doc. 29.) According to the report, the subject vehicle was surrendered on January 17, 2023, and settlement funds were received on January 18, 2023. (*Id.* at 2.) However, attorneys' fees and costs and expenses still remain at issue. The parties are working to complete all of the terms of the settlement agreement, with a conference set on January 27, 2023, to discuss settlement of fees and costs. Plaintiff intends to file a motion for attorneys' fees and costs if the parties are unable

1

1  to resolve the issue informally.  The parties hope to complete the process within the next thirty
2  (30) days.  They now request that the Court continue the deadline to file dismissal documents to
3  February 27, 2023.  (*Id.* at 2-3.)
4      Having considered the joint status report, and good cause appearing, the parties' second
5  request to continue the deadline to file dismissal documents is GRANTED. The parties shall file
6  appropriate papers to dismiss or conclude this action in its entirety no later than February 27,
7  2023.  Failure to comply with this order may be grounds for the imposition of sanctions on
8  counsel or parties who contributed to a violation of this order. *See* L.R. 160 and 272.

IT IS SO ORDERED.

Dated:   **January 27, 2023**              /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE

2