**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SARA CARRANZA,<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 1:21-cv-01531-JLT-BAM<br><br>**ORDER ON STIPULATION REGARDING PLAINTIFF'S ATTORNEY'S FEES, COSTS AND EXPENSES**<br><br>Honorable Judge Jennifer L. Thurston |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff SARA CARRANZA ("**Plaintiff**") and Defendant FORD MOTOR COMPANY ("**Defendant**"), by and through their respective counsel of record, have entered into a stipulation for entry of an Order by the Court regarding Plaintiff's attorney's fees, costs and expenses.

**THE PARTIES HAVE STIPULATED TO THE ENTRY OF AN ORDER AS FOLLOWS:**

(1) That Defendant shall pay the sum of $21,750.00 in attorney fees, costs and expenses in a check made payable to the Knight Law Group and Plaintiff hereby agrees to accept said payment in full satisfaction of all claims for attorney's fees, costs and expenses in connection with this action.

(2) That Defendant shall pay the sum of $21,750.00 to Plaintiff within 60 days of February 15, 2023.

IT IS SO ORDERED.

Dated:   **March 1, 2023**


UNITED STATES DISTRICT JUDGE