1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA CARRANZA, | CASE NO : 1:21-cv-01531-JLT-BAM |
| Plaintiff, | |
| v. | [PROPOSED] ORDER GRANTING JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AND RETENTION BY THE COURT TO ENFORCE SETTLEMENT AND PAYMENT OF PLAINTIFF'S ATTORNEYS' FEES, COSTS AND EXPENSES |
| FORD MOTOR COMPANY, a Delaware Corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | Honorable Jennifer L. Thurston |

///
///
///
///
///

-1-
ORDER GRANTING JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

# ORDER

Based upon the stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED:

The Joint Stipulation is approved and the entire action is hereby dismissed with prejudice;

The Court will retain jurisdiction to enforce the settlement including Defendant's payment of Plaintiff's attorneys' fees, costs and expenses.

IT IS SO ORDERED.

Dated:   **February 28, 2023**                          
                                                                                 UNITED STATES DISTRICT JUDGE